IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL COOK, | Civil Action No. 08-89 |
| Plaintiff, | |
| vs. | Judge Gary Lancaster |
| NEW CASTLE AREA SCHOOL DISTRICT; GEORGE GABRIEL, Superintendent of New Castle Area School District; FRED MOZZOCIO, Former President of the Board of School Directors; and PAUL A. FULENA, Director of Buildings & Grounds of New Castle Area School District, | JURY TRIAL DEMANDED |
| Defendants. | |

**ORDER**

AND NOW, this 2nd day of May, 2008, it is hereby ORDERED, ADJUDGED AND DECREED that Defendants' insurance adjuster can participate in the mediation via telephone.

BY THE COURT:

_____
                                   J.